No. D–2369.  IN RE DISBARMENT OF ABBELL.  Disbarment entered.  [For earlier order herein, see *ante*, p. 932.]

No. D–2370.  IN RE DISBARMENT OF FABER.  Disbarment entered.  [For earlier order herein, see *ante*, p. 932.]

No. D–2371.  IN RE DISBARMENT OF GALLAGHER.  Disbarment entered.  [For earlier order herein, see *ante*, p. 932.]

No. D–2372.  IN RE DISBARMENT OF SPERY.  Disbarment entered.  [For earlier order herein, see *ante*, p. 933.]

No. D–2374.  IN RE DISBARMENT OF AYENI.  Disbarment entered.  [For earlier order herein, see *ante*, p. 933.]

No. 128, Orig.  ALASKA v. UNITED STATES.  Motion of the Special Master for allowance of fees and reimbursement granted, and the Special Master is awarded a total of $74,376.56 for the period October 17, 2003, through April 19, 2004, to be paid equally by the parties.  [For earlier order herein, see, *e. g.*, *ante*, p. 1008.]

No. 02–1192.  COOPER INDUSTRIES, INC. v. AVIALL SERVICES, INC.  C. A. 5th Cir.  [Certiorari granted, 540 U. S. 1099.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–10038.  TENNARD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  [Certiorari granted, 540 U. S. 945.]  Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 03–377.  KOONS BUICK PONTIAC GMC, INC. v. NIGH.  C. A. 4th Cir.  [Certiorari granted, 540 U. S. 1148.]  Motion of National Automobile Dealers Association for leave to file a brief as *amicus curiae* granted.

No. 03–8376.  NABELEK v. TEXAS.  Ct. Crim. App. Tex.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 930] denied.

No. 03–8381.  NABELEK v. TEXAS.  Ct. Crim. App. Tex.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 930] denied.

No. 03–9005.  CUYLER v. WAL-MART STORES, INC.  C. A. 11th Cir.  Motion of petitioner for leave to proceed *in forma pauperis*